David B. Gray, OSB 842346
12275 SW 2nd Street
Beaverton, OR 97005
Telephone (503)747-3682
email: david@davegraylaw.com

Attorney for Presidio Technology Capital, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>Peak Web, LLC,<br><div align="center">Debtor.</div><br>———————————————<br><br>Mark Calvert, Litigation Trustee of the Peak Web Litigation Trust,<br><div align="right">Plaintiff,</div><br>Presidio Technology Capital, LLC, a Georgia limited liability company,<br><div align="right">Defendant.</div> | Case No. 16-32311-pcm11<br><br><br><br><br><br>Adv. Proc. No.18-03047-pcm<br><br>**WITHDRAWAL OF** DECLARATION OF ROBERT HAWLEY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Defendant Presidio Technology Capital, LLC hereby withdraws the DECLARATION OF

ROBERT HAWLEY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY

/ / /

/ / /

Page 1 -    **WITHDRAWAL OF** DECLARATION OF ROBERT HAWLEY IN SUPPORT OF
            DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO
            PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY

JUDGMENT.


Dated: September 12, 2018              /s/David B. Gray
                                           David B. Gray, OSB 842346
                                           Attorney for Presidio Technology Capital,
                                         LLC


## PROOF OF SERVICE

I hereby certify that on the date shown below, the foregoing **WITHDRAWAL OF DECLARATION OF ROBERT HAWLEY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** was served on all ECF participants through the Court's Case Management/Electronic Case File System.

In addition, I served the foregoing on the person(s) indicated below by mailing a copy thereof in a sealed, first class postage prepaid envelope, addressed to each party's last known address and depositing in the U.S. Mail at Beaverton, Oregon on the date set for the below.

Tim Conway
TonkonTorp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204


Dated: September 12, 2018              /s/David B. Gray
                                           David B. Gray, OSB 842346
                                           Attorney for Presidio Technology Capital,
                                         LLC


Page 2 -      **WITHDRAWAL OF** DECLARATION OF ROBERT HAWLEY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT